

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00494-CV

Clayton Richter, Dorothy Richter, and Jonathan Richter
v.
City of Waelder, Texas

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Court Cause No. 27,190

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the appellants.

We further order this decision certified below for observance.

August 12, 2021